JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Parkside Garden, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> California Department of Social Services, <br><br> Defendants. | Case No. EDCV 15-0043 JGB (KKx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

In accordance with the Court's Order filed herewith, the Court hereby DISMISSES this case WITH PREJUDICE.

IT IS SO ORDERED.

Dated: October 14, 2015

THE HONORABLE JESUS G. BERNAL
United States District Judge